**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Alexander Ruiz

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

**- against -**

Michael Nutter Mayor of
Philadelphia, Louis Gloria,
Commissioner of Philadelphia.
Prison System, John Delaney
Warden of Curran From Hold
Correctional facility, Defents

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**14   0649**

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☐ Yes   ☐   No
(check one)

I.   **Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   Alexander Ruiz
ID #   712271
Current Institution   CFCF
Address   7901 State Rd.
Philadelphia, PA 19136

*Rev. 10/2009*

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1          Name _____ Shield #_____

                         Where Currently Employed _____

                         Address _____

                         _____


Defendant No. 2          Name _____ Shield #_____

                         Where Currently Employed _____

                         Address _____

                         _____


Defendant No. 3          Name _____ Shield #_____

                         Where Currently Employed _____

                         Address _____

                         _____


Defendant No. 4          Name _____ Shield #_____

                         Where Currently Employed _____

                         Address _____

                         _____


Defendant No. 5          Name _____ Shield #_____

                         Where Currently Employed _____

                         Address _____

                         _____


## II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur? _____

_____

B.   Where in the institution did the events giving rise to your claim(s) occur? _____

_____

C.   What date and approximate time did the events giving rise to your claim(s) occur? _____

_____

Rev. 10/2009                                    - 2 -

| | |
|---|---|
| **What happened to you?** | D.    Facts: _____ |
| | _____ |
| | _____ |
| | _____ |
| | _____ |
| | _____ |
| | _____ |
| **Who did what?** | _____ |
| | _____ |
| | _____ |
| | _____ |
| | _____ |
| | _____ |
| **Was anyone else involved?** | _____ |
| | _____ |
| | _____ |
| | _____ |
| | _____ |
| | _____ |
| **Who else saw what happened?** | _____ |
| | _____ |
| | _____ |
| | _____ |

## III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____

_____

_____

_____

_____

_____

## IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that " [n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.     Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _____ No _X_

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B.     Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _____ No _X_ Do Not Know _____

C.     Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____ No _X_ Do Not Know _____

If YES, which claim(s)? _____

D.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _____ No _X_

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____ No _X_

E.     If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1.     Which claim(s) in this complaint did you grieve? _____

_____

2.     What was the result, if any? _____

_____

3.     What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

_____

_____

_____

_____

_Rev. 10/2009_                               - 4 -

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here: _____

_____

_____

_____

_____

    2.    If you did not file a grievance but informed any officials of your claim, state who you

       informed, when and how, and their response, if any:_____

_____

_____

_____

_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative

    remedies. _____

_____

_____

_____

_____

_____

_____

Note:    You may attach as exhibits to this complaint any documents related to the exhaustion of your
        administrative remedies.

V.    **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that

you are seeking and the basis for such amount). _____

_____

_____

_____

_____

_____

_____

*Rev. 10/2009*                                   - 5 -

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**VI.   Previous lawsuits:**

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____ No _X_

| On these claims |

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.   Court (if federal court, name the district; if state court, name the county) _____

3.   Docket or Index number _____

4.   Name of Judge assigned to your case _____

5.   Approximate date of filing lawsuit _____

6.   Is the case still pending?   Yes _____ No _____

     If NO, give the approximate date of disposition _____

*Rev. 10/2009*                                    - 6 -

7.    What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

_____

On other claims

C.    Have you filed other lawsuits in state or federal court?

Yes _____ No X

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.    Court (if federal court, name the district; if state court, name the county) _____

3.    Docket or Index number _____

4.    Name of Judge assigned to your case _____

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending?    Yes _____ No _____

If NO, give the approximate date of disposition _____

7.    What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __19__ day of __January__ _____, 20 _14_.

Signature of Plaintiff _____

Inmate Number _____ 712271

Institution Address _____ 7901 State Rd.
_____ Phila, PA 19136

_____

_____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this __19__ day of _____January_____, 20_14_, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff:

Rev. 10/2009                                    - 8 -